No. 65736.—Walter M. Joseph & Co. et al. *v.* United States, protests 59/10027, etc. (San Francisco).

Opinion by RAO, J. In accordance with oral stipulation of counsel that the merchandise consists of track tools of iron or steel, the claim of the plaintiffs was sustained.